

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE ESTATE OF | § | No. 08-23-00019-CV |
| RAMONA LEDEZMA, | § | Appeal from the |
| DECEASED. | § | County Court at Law No. 2 |
| | § | of Webb County, Texas |
| | § | (TC# 2021-PB-9000076-L2) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the trial court granting Appellees declaratory relief and allowing the estate to pass by intestacy. We reinstate the order admitting the will to probate as a muniment of title.

We further order that Appellant recover from Appellee all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF OCTOBER, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.